# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW HARVEY, JR.

NO. 2023 KW 0096

**MARCH 13, 2023**

---

In Re:    Andrew Harvey, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 801966.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED AS MOOT.** The record of the Tangipahoa Parish Office of the Clerk of Court shows that on February 13, 2023, the district court acted on relator's application for postconviction relief, filed on December 2, 2022.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sm*
_____
DEPUTY CLERK OF COURT
FOR THE COURT